UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEWEY JOE DUFF,

    Plaintiff,

v.

STATE OF CALIFORNIA; *et al.*,

    Defendants.

No. C-14-4036 EMC (pr)

**ORDER REVOKING PAUPER STATUS**

The Ninth Circuit has requested this Court to determine whether *in forma pauperis* status should continue for Plaintiff on appeal in this action or whether the appeal is frivolous or not taken in good faith. *See* 28 U.S.C. § 1915(a)(3). The Court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for Plaintiff on appeal in this action.

IT IS SO ORDERED.

Dated: December 2, 2014

_____
EDWARD M. CHEN
United States District Judge